| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 09-00006-ee<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Feb 24 10:54:29 CST 2014 | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GMAC Mortgage, LLC<br>c/o Emily Kaye Courteau<br>2309 Oliver Road<br>Monroe, LA 71201-2932 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| ADVANCED RECOVERY SYSTEMS<br>PO BOX 3590<br>JACKSON MS  39207-3590 | BAPTIST HEALTH SYSTEMS<br>PO BOX 23090<br>JACKSON MS  39225-3090 | Emily Kaye Courteau, Esq.<br>c/o GMAC Mortgage, LLC<br>2309 Oliver Rd<br>Monroe, LA 71201-2932 |
| FRANKLIN COLLECTION SERVICE I<br>PO BOX 2300<br>TUPELO MS  38803-2300 | GMAC Mortgage, LLC<br>c/o Morris & Associates<br>2309 Oliver Rd<br>Monroe, LA 71201-2932 | HEALTHCARE FINANCIAL SERVICES<br>643 LAKELAND EAST DRIVE<br>JACKSON MS 39232-9099 |
| HOMECOMINGS FINANCIAL<br>PO BOX 77409<br>EWING NJ 08628-6409 | MORRIS & ASSOCIATES<br>2309 OLIVER ROAD<br>MONROE LA 71201-2932 | MUSCLE & NERVE PA<br>971 LAKELAND DRIVE SUITE 560<br>JACKSON MS 39216-4607 |
| eCAST Settlement Corporation assignee of Cap<br>One Bank<br>POB 35480<br>Newark NJ 07193-5480 | Irma Jean Brown<br>1178 Jack Johnson Road<br>Crystal Springs, MS 39059-9761 | James L. Henley Jr.<br>PO Box 31980<br>Jackson, MS 39286-1980 |
| Richard A. Freese<br>Freese & Goss, PLLC<br>2031 2nd Ave North<br>Birmingham, Al 35203-3703 | Richard R. Grindstaff<br>P.O. Box 720517<br>Byram, MS 39272-0517 | Rick D. Patt<br>Patt Law Firm, PLLC<br>PO Box 1080<br>Jackson, MS 39215-1080 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20