_____



**SO ORDERED,**

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2014**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTIRCT OF MISSISSIPPI
### JACKSON DIVISION

**IN RE:**     **Irma Brown**
              **Debtor**

**CHAPTER 13 BANKRUPTCY**
**Case No.  09-00006-EE**

## ORDER TO PAY FUNDS INTO THE REGISTRY OF THE BANKRUPTCY COURT

THIS MATTER CAME ON for the Court's Consideration on Debtor Irma Brown's Motion to Pay Funds into the Registry of the Bankruptcy Court, and approval of fees and expenses, and after notice and no objections having been filed to the relief sought, the Court hereby finds as follows:

1.    That contemporaneously with the motion, Debtor, Irma Brown, filed in this Court a Motion for Approval of Compromise and Settlement, seeking approval of the settlement amount of $14,413.70 (not counting an additional $1,000.00 to Debtor for being a named Plaintiff) from two settling Defendants arising out of litigation against Kuhlman Electric Corporation and/or other Defendants arising out of alleged exposure to PCBs from the Kuhlman Electric facility in Crystal Springs, Mississippi, in a lawsuit styled *James Alford, et al. vs. Kuhlman Corporation, et al., Civil Action No. 3:07CV756-HTW-LRA*. The suit was for personal

injury. The total funds for the settlement has been transferred to the Bankruptcy Trustee which has been appointed for this Debtor by prior order of this Court, namely James L. Henley, Jr.

2.   That pursuant to an agreement entered into with the Debtor and reflected in the settlement statement, attorneys were to perform legal services for a contingency fee of forty percent (40%) of any recovery if recovery is settled prior to trial, plus expenses.

3.   That pursuant to the contract, attorneys for the Debtor are entitled to attorneys' fees in the amount of $5,765.48 from the settling Defendants ($4,824.67 from the Kuhlman settlement, and $940.81 from the Dickinson Wright settlement), and an expense reimbursement amount of $1,043.41 ($822.67 from the Kuhlman settlement, and $220.74 from the Dickinson Wright settlement), and an additional plaintiff-enhancement amount of $1,000.00 going to the client. Therefore, the attorneys are entitled to a total amount for attorneys' fees and expenses of $6,808.89 out of the total settlement amount of $14,413.70 (not counting an additional $1,000.00 to Debtor for being a named Plaintiff). A copy of the Settlement Statement is attached to the Motion as <u>Exhibit "1"</u>, and its terms and figures are approved by this Court. The attorneys' recovery for fees and expenses equates to forty-seven percent (47%) of the total amount of the settlement without including the $1,000 Plaintiff enhancement, and only forty-four percent (44%) if the Plaintiff enhancement is included.

4.   It was reported by submitting counsel that the firms of Don A. Mitchell, Bossier & Associates, PLLC, Sweet & Associates, Freese & Goss, PLLC, and the McHugh Fuller Law Group, PLLC have all asserted potential claims to these attorneys' fees and expenses (but not undersigned counsel or his firm, which reportedly is acting as an agent of the firms of Freese & Goss, Bossier & Associates, and Sweet & Associates to file this motion and seek approval of the settlement for the debtor client). Proposing attorney informed the court that he had taken steps to

send notice of this motion and its filing to the other interested law firms in the underlying civil matter, namely the law firms of Don A. Mitchell and the McHugh Fuller Law Group, PLLC, on or about the date of the Motion, and no response was timely filed by any other interested party in this matter objecting to the relief sought. In order to efficiently administer this bankruptcy estate, the motion sought approval for the Trustee to pay the gross amount of attorneys' fees and expenses into the Registry of the United States Bankruptcy Court to be disbursed pursuant to future Court order.

5.    Upon the entry of this Order and the transferring of the funds, the bankruptcy estate will be relieved of all obligations to all parties claiming an interest in said funds.

THEREFORE, IT IS ORDERED that the fees and expense are approved, and that the Trustee shall transfer the attorney's fee amount of $5,765.48 and the expense reimbursement amount of $1,043.41, for a total of $6,808.89, from the Trustee into the Registry of the United States Bankruptcy Court, there to remain until further order of this Court.

#END OF ORDER#

Submitted by:

/s/Rick D. Patt_____
Rick D. Patt (MB # 8747)
PATT LAW FIRM, PLLC
P.O. Box 1080
Jackson, Mississippi 39215-1080
Telephone: (601) 961-1660
Facsimile: (601) 510-9045
rick@pattlawfirm.net