**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                                 **CHAPTER 13:**

**IRMA JEAN BROWN**                                                              **NO. 09-00006-EE**

## NOTICE OF WITHDRAWAL

The <u>Transmittal of Unclaimed Funds</u> dated June 18, 2014 (Dkt #93) was inadvertently issued.

Therefore, the Transmittal of Unclaimed Funds issued on June 18, 2014(Dkt #93) is hereby withdrawn.

DATED:  June 19, 2014

                                                 Respectfully submitted,

                                                 /s/ James L. Henley, Jr.
                                                 JAMES L. HENLEY, JR., MSB # 9909
                                                 CHAPTER 13 TRUSTEE
                                                 P. O. Box 31980
                                                 Jackson, MS  39286
                                                 Ofc: (601) 981-9100
                                                 Fax: (601) 981-9888
                                                 jlhenley@jlhenleych13.net